A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Sep 08, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Filed: 09/08/2010
U.S. District Court
East Dist. of MI Detroit

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 24, 2010

FILED
CLERK'S OFFICE

IN RE: FORD MOTOR CO. SPEED CONTROL
DEACTIVATION SWITCH PRODUCTS
LIABILITY LITIGATION

    Carlo Gallet, et al. v. Ford Motor Co.,    10-13583    )
        W.D. Louisiana, C.A. No. 6:10-1204    )    MDL No. 1718
    American Family Insurance Group v. Ford Motor Co.,    )
        D. Nevada, C.A. No. 2:10-865    )
    10-13584

**CONDITIONAL TRANSFER ORDER (CTO-61)**

On October 28, 2005, the Panel transferred four civil actions to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 398 F.Supp.2d 1365 (J.P.M.L. 2005). Since that time, 146 additional actions have been transferred to the Eastern District of Michigan. With the consent of that court, all such actions have been assigned to the Honorable Bernard A. Friedman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Friedman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Michigan for the reasons stated in the order of October 28, 2005, and, with the consent of that court, assigned to the Honorable Bernard A. Friedman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Sep 08, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the foregoing is a true copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By _Sarah Schoenherr_
Deputy Clerk